WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

**FILED**

**APR 19 2010**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LUKE HENDRICKSON,**                         CV # 09-557-KI

    Plaintiff,

vs.                                              **ORDER**

**COMMISSIONER of Social Security,**

    Defendant.

    Attorney fees in the amount of $7,000.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this _19_ day of _____, 2010.

                                       _/s/ Garr King_
                                       United States District Judge

Submitted on April 14, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1